**Brenda L. JAMISON, Petitioner,**

v.

**OLGA COAL COMPANY; Director, Office of Workers' Compensation Programs, United States Department of Labor; West Virginia Coal Worker's Pneumoconiosis Fund, Incorporated, Respondents.**

No. 02–1964.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 13, 2002.

Brenda L. Jamison, Petitioner Pro Se. Robert Weinberger, Senior Assistant Attorney General, Charleston, West Virginia; Patricia May Nece, Barry H. Joyner, United States Department of Labor, Washington, D.C., for Respondents.

Before WILLIAM D. WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Brenda L. Jamison seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Jamison v. Olga Coal Co.,* No. 01–0952–BLA (BRB July 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*